UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Sturm, Ruger & Co., Inc.**

    v.                                            Case No. 10-cv-232-PB

**U.S. Ordnance, Inc.**

### O R D E R

U.S. Ordnance, Inc. seeks to have this case transferred to the District of Nevada pursuant to 28 U.S.C. § 1404(a). At best, U.S. Ordnance has demonstrated that it and its witnesses will be inconvenienced by having to litigate this case in New Hampshire to the same extent that Sturm Ruger & Co., Inc. and its witnesses would be inconvenienced by having to litigate the case in U.S. Ordnance's home district of Nevada. Moreover, U.S. Ordnance has not identified any public policy that would be served by upsetting the plaintiff's choice of forum. "Merely shifting the inconvenience from one side to the other . . . is not a permissible justification for a change of venue." Scheidt v. Klein, 956 F.2d 963, 966 (10th Cir. 1992). Defendant's motion to transfer venue (Doc. No. 14) is denied.

    SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

October 14, 2010

cc: James F. Laboe, Esq.
    Mark L. Shaw, Esq.
    Jeremy N. Spitzer, Esq.
    Michael Danforth, Esq.
    Robert Sanders, Esq.
    Evan Feit Nappen, Esq.