UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Sturm, Ruger & Co., Inc

      v.                                          Case No. 10-cv-232-PB

U.S. Ordnance


## O R D E R

Counsel Robert Sanders was instructed to register for ECF within thirty (30) days. Our records reflect counsel has not completed the registration process. Counsel shall complete the process by responding to the court's e-mail to verify that he has an active e-mail account by December 22, 2010. If counsel fails to respond by this date, his pro hac vice status will be revoked.

      SO ORDERED.


Date: December 09, 2010                  /s/ Paul Barbadoro
                                                         Paul Barbadoro
                                                         United States District Judge


cc: Counsel of Record